The Honorable Judge Schubert

SUPERIOR COURT OF WASHINGTON IN AND FOR KING COUNTY

| | |
|---|---|
| 3S NETWORKS, INC., a California Corporation,<br><br>                Plaintiff,<br><br>v.<br><br>ZENISCO, INC., California Corporation; SHAHROKH RIAHINEZHAD and his SPOUSE and their MARITAL COMMUNITY SHAHROOZ TAEBI and his SPOUSE and their MARITAL COMMUNITY, INDIVIDUAL JOHN and JANE DOES 1-20, and DOE ENTITIES 1-20,<br><br>                Defendants. | No. 19-2-34369-9 SEA<br><br>JURY DEMAND |

TO:        CLERK OF THE COURT

COMES NOW the Counterclaimant and Third-Party Plaintiff Shahrokh Riahinezhad by and through his counsel Daniel A. S. Foe and Mullavey, Prout, Grenley & Foe LLP and hereby demands the case be tried to a jury of 12 persons. Accompanying this demand is a payment of $250.00.

DATED this 21st day of September, 2020.

MULLAVEY, PROUT, GRENLEY & FOE, LLP

By _____
Daniel A. S. Foe, WSBA #42876
Attorney for Zenisco, Inc. and Riahinezhad

JURY DEMAND - 1

MULLAVEY, PROUT, GRENLEY & FOE, LLP
2401 NW 65TH
P.O. BOX 70567
SEATTLE, WA 98127-0567
(206) 789-2511
FAX: (206) 789-4484

## DECLARATION OF SERVICE

I declare under penalty of perjury of the laws of the state of Washington that on the date of execution below, I caused to be served in the manner indicated a true and accurate copy of the foregoing *Jury Demand* upon the following:

| | |
|---|---|
| **Daniel R. Prince, WSBA #48709**<br>**Prince Legal**<br>**1000 Second Ave Ste 3660**<br>Seattle, WA 98104<br>dan@princelegal.co | ☐ By First Class U.S. Mail Postage Prepaid<br>☐ By Email<br>☒ By King County CM/ECF |
| Brian C. Graff<br>Adam Doupe<br>Ryan, Swanson & Cleveland, PLLC<br>1201 Third Avenue, Suite 3400<br>Seattle, WA 98101<br>graff@ryanlaw.com<br>doupe@ryanlaw.com | ☐ By First Class U.S. Mail Postage Prepaid<br>☐ By Email<br>☒ By King County CM/ECF |
| **Clerk of the Court**<br>**King County Superior Court**<br>**516 3rd Ave E609**<br>Seattle, WA | ☒ By King County CM/ECF<br>☐ By Mail<br>☐ By Facsimile |

Signed this 21st day of September 2020 at Seattle, Washington.

MULLAVEY PROUT GRENLEY & FOE, LLP

*[signature]*

Daniel A. S. Foe
2401 NW 65th Street
PO Box 70567
Seattle, Washington 98127
dfoe@ballardlawyers.com

JURY DEMAND - 2

MULLAVEY, PROUT, GRENLEY & FOE, LLP
2401 NW 65TH
P.O. BOX 70567
SEATTLE, WA 98127-0567
(206) 789-2511
FAX: (206) 789-4484