The Honorable Barbara J Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

3S NETWORK, INC., a California Corporation, Plaintiff and Counterclaim Defendant

v.

ZENISCO, INC., California Corporation; SHAHROKH RIAHINEZHAD and his SPOUSE and their MARITAL COMMUNITY, SHAHROOZ TAEBI and his SPOUSE and their MARITAL COMMUNITY, INDIVIDUAL JOHN and JANE DOES 1-20, and DOE ENTITIES 1-20, Defendants,

v.

SAIED DANESH and the marital community of SAIED and JANE DOE DANESH, and RAMIN DELAVARI, DELAVARI IMMIGRATION SERVICES, Third-Party Defendants.

Case No. 2:21-cv-00971-BJR

ORDER CORRECTING AND CLARIFYING MINUTE ORDER

As directed by the Court, Defendant's counsel filed affidavits in support of their request for attorneys' fees in connection with their successful motion for remand. See Dkt. Nos. 19-20. Plaintiff has not objected to counsel's request. The court has reviewed the affidavits and finds counsel's requested fees to be reasonable. Accordingly, Defendant's counsel are awarded fees in the amounts of $2,240.00 and $13,738.00 for the work of Daniel A. S. Foe and Daniel Werner. The January 26, 2022 Minute Order contained a scrivener's error, assessing the fees against Plaintiff. The attorney's fees are to be paid by no later than ten days from the date of this order by Third-Party Defendants Ramin Delavari and Delavari Immigration Services and/or attorney Jeffrey Wheat.

1   DATED this 7th day of February, 2022.

2                                                            *Barbara J. Rothstein*
    _____
3                                              BARBARA J. ROTHSTEIN
                                               UNITED STATES DISTRICT JUDGE